UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE PUGH,

    Plaintiff,                           Case No. 1:14-CV-525

v.                                                 Hon. Gordon J. Quist

JENNIFER GEHUSKI, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 20, 2015. The Report and Recommendation was duly served on Plaintiff on November 20, 2015. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 20, 2015 (dkt. # 41), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment based on Plaintiff's failure to exhaust administrative remedies (dkt. # 28) is **GRANTED**.

A separate judgment will issue.

This case is **concluded**.

Dated: December 11, 2015                                  /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE